IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:12-CV-00063-FL

| | |
|---|---|
| JOSEPH A. SUGGS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $3,652.50 for attorney fees, representing 25% of Plaintiff's and auxiliary accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $3,652.50 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

This 12th day of February, 2014.

_____
United States District Judge